SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ (Cal. No. 229637)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    Email: Valerie.Makarewicz@usdoj.gov
ERIN R. HINES
FL Bar No. 44715
Trial Attorney, Tax Division
U.S. Department of Justice
    Post Office Box 7238
    Washington, D.C. 20044
    Telephone: (202) 514-6619
    Facsimile: (202) 514-6770
    Email: Erin.R.Hines@usdoj.gov
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>DALE BETHEL,<br><br>    Respondent. | Case No. EDCV17-01985-JGB(SPx)<br><br>**ORDER TO SHOW CAUSE**<br><br>**HEARING DATE: 12/18/17 @ 9 AM** |

1

Upon consideration of the Petition to Enforce Internal Revenue Summons filed by the United States, together with the Declaration of Joseph Haynes and the exhibits attached thereto, and the brief filed in support thereof, and good cause having been shown.

**IT IS HEREBY ORDERED** that respondent, Dale Bethel, appear before this District Court of the United States for the Central District of California in Courtroom No. __1__,

_____ United States Courthouse

350 W. 1st Street,

Los Angeles, California 90012

_____ Roybal Federal Building and United States Courthouse

255 E. Temple Street

Los Angeles, California 90012

_____ Ronald Reagan Federal Building and United States Courthouse

411 West Fourth Street

Santa Ana, California 92701

__X__ Brown Federal Building and United States Courthouse

3470 Twelfth Street

Riverside, California 92501

On **December 18, 2017** at **9:00 a.m.**, and show cause why respondent Dale Bethel should not be compelled to comply with the Internal Revenue Service summons served on respondent Dale Bethel on July 17, 2014.

**IT IS FURTHER ORDERED** that:

1. A copy of this Order to Show Cause, together with the Petition to Enforce Internal Revenue Summons, Declaration of Joseph Haynes in support thereof, and exhibits thereto, and brief in support, be served on Dale Bethel by any employee of the Internal Revenue Service or by the United States' Department of Justice, by personal delivery, or by leaving copes of each of the foregoing documents at Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

2. Because the file in this case reflects a *prima facie* showing that the IRS's investigation is being conducted for a legitimate purpose, that the inquiries may be relevant to that purpose, that the information sought is not already within the Internal Revenue Service's possession, and that the administrative steps required by the Internal Revenue Code have been substantially followed, the burden of coming forward has shifted to the respondent to oppose enforcement of the summons.

3. Within **twenty-one (21) days** of service of this Order to Show Cause, respondent Dale Bethel shall file with the Clerk of Court, and serve on

counsel for the United States at the address on the petition, a written response to the petition with appropriate supporting affidavits or declarations as well as any argument he desires to make.

4. Affidavits in opposition to the petition or in support of any motion shall be made on personal knowledge, set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein; any affidavit failing to comply with this standard shall not be considered by the Court.

5. The United States may file a reply memorandum to any opposition or motion filed by respondent, without page limitation, within **fourteen (14) days** of the date the response is filed.

6. At the show cause hearing, only those issues raised by motion or brought into controversy by the responsive pleadings, and supported by **affidavit(s)**, will be considered by the Court. Any uncontested allegations in the United States' petition will be considered admitted for purposes of this enforcement proceeding.

7. If respondent has no objection to compliance with the summons served on him, Respondent may notify the Court, in a writing filed with the Clerk of Court and served on counsel for the United States by either overnight mail to:

Tax Division, U.S. Department of Justice
Attn: Trial Attorney Erin R. Hines
555 4th Street, Suite 8921
Washington, DC 20001

or by facsimile to (202) 514-6770 at least **ten (10) days** prior to the date of the show-cause hearing, that the respondent has no objection to compliance with the summons, then he will not be required to respond or appear as ordered above, and the Court will issue an order enforcing the summons.

SO ORDERED this 21st day of November 2017.

_____
United States District Judge

Presented by:

SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division


/s/ Erin R. Hines
Erin R. Hines
Trial Attorney, Tax Division
*Attorneys for the United States*